# Third District Court of Appeal

## State of Florida

Opinion filed December 17, 2025.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D25-1932
Lower Tribunal Nos. F12-31964-B; F13-14746

_____

**Jaslen Michel,**
Appellant,

vs.

**State of Florida,**
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Miguel M. de la O, Judge.

Jaslen Michel, in proper person.

James Uthmeier, Attorney General, and Linda Katz, Assistant Attorney General, for appellee.

Before LOGUE, and GORDO and LOBREE, JJ.

PER CURIAM.

Affirmed.